1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| SCOTT HOUNSELL, | ) CASE NO. CV 14-09910 MMM (SSx) |
| Plaintiff, | ) JUDGMENT FOR DEFENDANT |
| vs. | ) |
| LOS ANGELES CITY ATTORNEY, | ) |
| Defendant. | ) |

19      On November 23, 2015, the court entered an order dismissing Hounsell's § 1983 claim and his

20   state law claims for false arrest, malicious prosecution, and abuse of process with prejudice.  The court

21   declined to exercise supplemental jurisdiction over Hounsell's remaining state law claims.

22   Consequently,

23            IT IS ORDERED AND ADJUDGED

24            1.      That plaintiff take nothing by way of his claims for violation of 42 U.S.C. §

25                    1983, false arrest, malicious prosecution, and abuse of process; and

26

27

28

1        2.      That the clerk is directed to remand the action to the Los Angeles Superior Court

2    forthwith for further proceedings on plaintiff's remaining state law claims.

3

4    DATED: November 23, 2015

             *Margaret M. Morrow*

             MARGARET M. MORROW

5                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2